USDC-SDNY
~~DOCUMENT~~
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/20



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2020

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The confernce is adjourned to April 10, 2020 at 11:30 a.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 14, 2020

    RE:    *United States v. James Evans*, **14 CR 231 (RA)**

Dear Judge Abrams:

The Government respectfully requests an adjournment of the next conference in this case, currently scheduled for January 17, 2020 at 11:00 a.m., until April 10, 2020 at 11:00 a.m. The defendant is currently charged with a violation of supervised release that generally overlaps with charges pending against him in New York state court. This adjournment would provide additional time for the state case to advance.

I have conferred with defense counsel, who consents to this request.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345