**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/3/20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JAMES EVANS,

                Defendant.

No. 14-CR-231 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the ongoing COVID-19 pandemic, the conference currently scheduled for April 10, 2020 is adjourned to June 18, 2020 at 11:30 a.m.

SO ORDERED.

Dated:    April 3 2020
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge