

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2020

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:  *United States v. James Evans*, 14 CR 231 (RA)

Dear Judge Abrams:

    The parties respectfully request an adjournment of the next conference in this case, currently scheduled for June 18, 2020, for sixty days. The defendant is currently charged with a violation of supervised release that generally overlaps with charges pending against him in New York state court. The state case has not been resolved, so the parties request an additional adjournment.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Raymond Gonzalez, Probation Officer (by email)

---

Application granted. The conference is adjourned to August 21, 2020 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 15, 2020