

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2020

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is hereby adjourned to October 16, 2020 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 10, 2020

RE:   *United States v. James Evans*, 14 CR 231 (RA)

Dear Judge Abrams:

    The parties respectfully request an adjournment of the next conference in this case, currently scheduled for August 21, 2020, for approximately sixty days. The defendant is currently charged with a violation of supervised release that generally overlaps with charges pending against him in New York state court. The next proceeding the in the state case is currently scheduled for October 8, 2020, so the parties request an adjournment until sometime after that date.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345

CC: Defense counsel (by ECF)