

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2020

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to December 18, 2020 at 2:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 13, 2020

RE:   *United States v. James Evans*, **14 CR 231 (RA)**

Dear Judge Abrams:

    The Government respectfully requests an adjournment of the next conference in this case, currently scheduled for October 16, 2020.  The defendant is currently charged with a violation of supervised release that generally overlaps with charges pending against him in New York state court.  The next proceeding in the state case is currently scheduled for December 11, 2020, so the Governments requests an adjournment until sometime after that date.  Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Jesse Siegel, Esq. (by ECF)